**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| NAUTILUS INSURANCE COMPANY | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 4:14CV00421  SWW |
| ARGENIA LLC and MIKE | * | |
| ALEXANDER | * | |
| | * | |
| Defendants | * | |

**ORDER OF DISMISSAL**

Before the Court is the parties' stipulation for dismissal with prejudice [ECF No. 56],

stating that they have settled this case.  IT IS THEREFORE ORDERED that this action is

DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees.

IT IS SO ORDERED THIS 2ND DAY OF NOVEMBER, 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE